Return Date: 06/13/2019 @ 11:00am

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: Marcela T. Stewart

Case No. 19-40983-cec
Chapter 7

Debtor(s)
-----------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the annexed application of Marcela T. Stewart, a hearing will be held before the Hon. Carla E. Craig, Bankruptcy Judge, to consider the motion for an Order granting relief as follows:

Reconsider the motion held on 4-16-19 granting the Stay.

Date and time of hearing: 6-13-19 @ 11am
Location: U.S. Bankruptcy Court
271-C Cadman Plaza East
Brooklyn, New York 11201-1800
Courtroom # 3529 , 3rd Floor

Dated: 4-19-19

Signature

Print name: Marcela Stewart
Address: 1408 East 58th Street
Brooklyn, NY 11234
Phone: 718-763-3150
Email: terrie.stew@gmail.com

[RECEIVED stamp: CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT 2019 APR 19 A 9:39]

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: Marcela T. Stewart

Case No. 19-40983-cec
Chapter 7

Debtor(s)
-----------------------------------------------------------x

### APPLICATION IN SUPPORT OF MOTION

TO THE HON.  Carla E. Craig , Bankruptcy Judge

I, Marcela T. Stewart , Debtor , make this application in support of my motion for the following relief: Reconsider the motion held on 4/16/19 granting the stay.

In support of this motion, I hereby allege as follows: I missed the hearing on 4/16/19 as a result of my mother's passing and subsequent funeral, however, the reason requesting reconsideration is due to property 540 E 38th Street, Bklyn, NY 11203, was stolen in 2015 when I attempted to secure a shortsale; however, the mortgage, water bills and light remains in my name as oppose to the name of attorney who stole my deed.

Wherefore, Applicant prays for an Order granting the relief requested.

Dated: 4-19-19

Marcela Stewart
Signature

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: Marcela T. Stewart

Case No. 19-40983-cec
Chapter 7

Debtor(s)
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on __4-19-19__, a copy of the annexed Motion was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

Debra Kramer, PLLC
98 Cutter Mill Road
Suite 466 South
Great Neck, NY 11021

Ernest Ehret Anne Van Horn, Esq.,
Gross Polowy, LLC
1775 Wehle Drive, Suite 100
Williamsville, NY 14221

Dated: 4-19-19

Signature